UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FARRAH FRANK,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:18-cv-15075<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OF FEES** |

This matter having been presented to the Court by the agreement of all of the parties and good cause appearing therefore, it is on this 30TH day of JANUARY 2019,

**ORDERED** that the complaint of plaintiff, Farrah Frank, be and hereby is dismissed in its entirety with prejudice and without costs or fees against any party,

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction for the purposes of enforcing any agreement between the parties concerning the resolution of this matter.

_____
KEVIN MCNULTY, U.S.D.J.

We hereby consent to the form and entry of this Order.

WALL & LONDON LLC
Attorneys for Plaintiff

By: _____
Zachary R. Wall, Esq.
34 Tanner Street, Suite 4
Haddonfield, NJ 08033
Phone: (856) 428-1480
E-mail: zwall@wallandlondon.com

Dated: 11/19/19

FISHER & PHILLIPS LLP
Attorneys for Defendant

By: _____
Rosemary S. Gousman, Esq.
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
Telephone: (908) 516-1050
Email: rgousman@fisherphillips.com

Dated: 1/28/2020

FP 36574873.1